### THOMPSON *v.* DAVENPORT.

HILL, J. 1. The charges complained of stated correct principles of law, and were authorized by the evidence.

2. The evidence authorized the verdict, and the court did not err in refusing a new trial.          *Judgment affirmed. All the Justices concur.*